IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH WILKINS,** | Case No. 2:22-cv-01662-TLN-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D. GARLAND, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Joint Motion to Modify the Discovery and Scheduling Order is GRANTED. The deadline for the parties to conduct discovery is extended up to, and including, May 22, 2024, and deadline to file dispositive motions is extended up to, and including, August 14, 2024.

Dated:  January 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE