UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILKINS,<br><br>           Plaintiff,<br><br>      v.<br><br>D. GARLAND, et al.,<br><br>           Defendants. | No. 2::22-cv-1662 TLN CKD P<br><br><br><br>ORDER |

On April 5, 2024, the court recommended that this action be dismissed because plaintiff had not updated his address. On April 12, 2024, plaintiff provided the court with his current address. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered April 5, 2024, are vacated; and

2. The discovery deadline is May 22, 2024, and the pretrial motion deadline is August 14, 2024.

Dated: April 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wilk1662.vfrs