IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH WILKINS,**<br><br>             Plaintiff,<br><br>       v.<br><br>**D. GARLAND, et al.,**<br><br>             Defendants. | Case No. 2:22-cv-1662-TLN-CKD (PC)<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendants' Joint Motion to Modify the Discovery and Scheduling Order (ECF No. 41) is GRANTED.  The deadline for the parties to conduct depositions and related motions to compel is vacated.  The dispositive motion deadline is vacated.  If necessary, the Court will issue a further scheduling order re-setting these deadlines following a settlement conference.

Dated:  April 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE