UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEITH WILKINS,

    Plaintiff,

v.

D. GARLAND, et al.,

    Defendants.

No. 2:22-cv-1662 TLN CKD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Keith Wilkins, Inmate # 647201 (CDCR # BA-1767), a necessary and material witness in a settlement conference in this case on September 17, 2024, is confined in San Francisco County Jail #3, in the custody of the Captain. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Tuesday, September 17, 2024 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Captain to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Captain at the San Francisco County Jail #3 via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Captain, San Francisco County Jail #3, 1 Moreland Dr., San Bruno, California 94066:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 7, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE